PROB. 35 (Rev. 1/92) | Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

## United States District Court

### FOR THE

### District of Nebraska

UNITED STATES OF AMERICA

v.                              Docket #:   8:02CR245-3

RAY SNOVER

On June 5, 2003, the above named offender was sentenced to 46 months imprisonment, followed by a 3 year term of supervised release. The period of supervised release commenced on May 2, 2006. Mr. Snover has continued to maintain compliance with the court order, and remains steadfast in his commitment to a life free of criminal conduct. Mr. Snover has satisfied all conditions of supervision, and after consultation with the Court, it is recommended that he be discharged from supervision.

Respectfully submitted,

*Travis Wilcoxen*

Travis E. Wilcoxen
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _15th_ day of _August_, 2008.

*Lyle E. Strom*

Lyle E. Strom
U.S. Senior District Judge